IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| OSCAR BERMUDEZ | : | No. 05-044-15 |
| a/k/a "King Fat Joe" | : | |

## ORDER

**AND NOW**, this 14th day of December, 2020, upon consideration of Oscar Bermudez's Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 1090) and the Government's Response in Opposition (Doc. No. 1096), it is **ORDERED** that the Motion (Doc. No. 1090) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1